# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br><br> V. <br><br> **QUILDON HOUSTON** <br><br><br> DOB:         PDID: | **DOCKET NO:** <br> CR 05-206-01 <br> **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** <br> Quildon Houston <br><br> 103076 | **MAGIS. NO:** <br><br> **FILED** <br> JUN - 2 2005 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| **WARRANT ISSUED ON THE BASIS OF:**   INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:**   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF COCAINE BASE WITHIN 1000 FEET OF A SCHOOL;

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;

AIDING AND ABETTING

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(B)(iii); and 21:860(a); 21:841(a)(1) and 841(b)(1)(A)(iii); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:** <br> MAGISTRATE JUDGE ALAN KAY | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)** <br> U.S. MAGISTRATE JUDGE ALAN KAY | **DATE ISSUED:** <br> 5/26/05 |
| **CLERK OF COURT:** <br> Nancy Mayer-Whittington | **BY DEPUTY CLERK:** <br> *Nancy Jackson* | **DATE:** <br> 5/26-05 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 5-31-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
|---|---|---|---|---|
| DATE EXECUTED | 6-2-05 | Darlene TODD <br> DUSM | *Darlene Todd* | |
| HIDTA CASE: | Yes ___ No X | | OCDETF CASE: | Yes ___ No X |