UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                          :

    v.                              : Crim. No. 05-CR-206

HOUSTON QUILDON                        :

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter the appearance of undersigned counsel on behalf of the Defendant.

                                                Stephen F. Brennwald, Esq.
                                                Bar No. 398319
                                                Brennwald & Robertson, LLP
                                                922 Pennsylvania Avenue, S.E.
                                                Washington, D.C.  20003
                                                (202) 544-1990
                                                (202) 544-5003 (facsimile)
                                                (301) 928-7727 (cell)
                                                E-mail:  sfbrennwald@cs.com
                                                Retained Counsel