UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Criminal No. 05-206-01 (EGS) |
| HOUSTON QUILDON | : |

## **MOTION TO CONTINUE PLEA HEARING**

COMES NOW defendant, Houston Quildon, through undersigned counsel, Stephen F. Brennwald, and in support of his Motion to Continue Plea Hearing, states as follows:

1. This matter is scheduled for a plea hearing on Wednesday, June 22, 2005, at 2:00 p.m., before this Court.

2. The parties are not at the stage where a plea hearing can take place on that date.

3. James Beane, counsel for co-defendant Greene, consents to this motion.

4. Assistant U.S. Attorney Alex Shawe also consents to this motion.

5. Mr. Quildon and the government are available for a plea hearing (assuming Ms. Greene intends to plead at all) on July 19, in the morning, or on July 28, 2005. Counsel has yet to ascertain an available date for Ms. Greene's counsel.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant prays that the plea hearing scheduled for Wednesday, June 22, 2005, be re-scheduled to another date convenient to all parties.

          Respectfully submitted,

          Stephen F. Brennwald
          Bar No. 398319
          Brennwald & Robertson, LLP
          922 Pennsylvania Avenue, S.E.
          Washington, D.C.  20003
          (202) 544-1990

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a copy of the foregoing was sent via electronic case filing to James Beane, attorney for Denise Greene, and Alex Shawe, attorney for the United States, this 21st day of June, 2005.

          Stephen F. Brennwald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| vi. | : Criminal No. 05-206-01 (EGS) |
| HOUSTON QUILDON | : |

## **ORDER**

Upon consideration of Defendant Quildon's Motion to Continue Plea Hearing, and the lack of opposition thereto, it is, this        day of June, 2005, hereby,

ORDERED, that the motion is hereby GRANTED; it is further

ORDERED, that the case shall be re-set for a plea hearing on                    .


_____
Emmet G. Sullivan
United States District Judge