UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Criminal No. 05-206-01 (JMF) |
| HOUSTON QUILDON | : |

## MOTION TO CONTINUE DETENTION HEARING

COMES NOW defendant, Houston Quildon, through undersigned counsel, Stephen F. Brennwald, and in support of his Motion to Continue Detention Hearing, states as follows:

1. This matter is scheduled for a detention hearing on Friday, June 24, 2005, at 9:30 a.m., before this Court.

2. The parties are still negotiating the terms of any plea, and ask that the detention hearing be continued for an additional period of time (two or three weeks, if the Court is able to do so).

3. James Beane, counsel for co-defendant Greene, consents to this motion.

4. Assistant U.S. Attorney Alex Shawe also consents to this motion.

5. Mr. Quildon and the government are available for a detention hearing on July 19, in the morning, or on July 28, 2005.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant prays that the detention hearing scheduled for Friday, June 24, 2005, be re-scheduled to another date convenient to all parties.

        Respectfully submitted,

        Stephen F. Brennwald
        Bar No. 398319
        Brennwald & Robertson, LLP
        922 Pennsylvania Avenue, S.E.
        Washington, D.C.  20003
        (202) 544-1990

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent via electronic case filing to James Beane, attorney for Denise Greene, and Alex Shawe, attorney for the United States, this 22nd day of June, 2005.

        Stephen F. Brennwald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Criminal No. 05-206-01 (JMF) |
| HOUSTON QUILDON | : |

## **ORDER**

Upon consideration of Defendant Quildon's Motion to Continue Detention Hearing, and the lack of opposition thereto, it is, this      day of June, 2005, hereby,

ORDERED, that the motion is hereby GRANTED; it is further

ORDERED, that the case shall be re-set for a plea hearing on            .

_____
John M. Facciola
United States Magistrate Judge