UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                  :

   vi.                          : Criminal No. 05-206-■ (EGS)

HOUSTON QUILDON                :

1 Denise Greene            **ORDER**

    Upon consideration of Defendant Quildon's Motion to Continue Plea Hearing, and the lack of opposition thereto, it is, this 23d day of June, 2005, hereby,

    ORDERED, that the motion is hereby GRANTED; it is further

    ORDERED, that the case shall be re-sct for a plea hearing on July 19, 2005 at 10:15 a.m.

                                     Emmet G. Sullivan
                                     United States District Judge

FILED
JUN 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Stephen F. Brennwald
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(202) 544-1990

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via electronic case filing to James Beane, attorney for Denise Greene, and Alex Shawe, attorney for the United States, this 21st day of June, 2005.

Stephen F. Brennwald