CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Criminal No. 05-cr-00206 (EGS) |
| *v*. | : | |
| | : | |
| HOUSTON QUILDON | : | |
| | : | |

___

## NOTICE OF APPEARANCE IN A CRIMINAL CASE

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT WE APPEAR FOR THE DEFENDANT INDICATED

ABOVE IN THE ENTITLED ACTION.

PLEASE ENTER THE APPEARANCE OF THE BELOW NAMED COUNSEL IN THIS

ACTION AS RETAINED COUNSEL FOR:

MR. HOUSTON QUILDON


Dated:  Washington, DC
           February 23, 2006                              Respectfully submitted,


                                                                         /S/
                                                           _____
                                                           Harry Tun, DC Bar #416262
                                                           Daniel K. Dorsey, DC Bar #430057
                                                           400 Fifth Street, N.W.
                                                           Suite 300
                                                           Washington, D.C. 20001
                                                           (202) 393-2882