UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                              :

    v.                                    : Criminal No. 05-206-01 (EGS)

HOUSTON QUILDON                            :

## MOTION TO WITHDRAW APPEARANCE OF ATTORNEY

    Stephen F. Brennwald, Esquire, appointed counsel for Defendant Houston Quildon, hereby moves to withdraw his appearance in this matter, as Defendant has retained other counsel to represent him in this matter.

    Respectfully submitted,

    Stephen F. Brennwald
    Bar No. 398319
    Brennwald & Robertson, LLP
    922 Pennsylvania Avenue, S.E.
    Washington, D.C.  20003
    (202) 544-1990

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent via electronic case filing to James Beane, attorney for Denise Greene, and Alex Shawe, attorney for the United States, this 23rd day of February, 2006.

    Stephen F. Brennwald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Criminal No. 05-206-01 (EGS) |
| HOUSTON QUILDON | : |

## **ORDER**

Upon consideration of the Motion to Withdraw Appearance filed by Stephen F. Brennwald, it is, this     day of February, 2006, hereby,

ORDERED, that the motion is hereby GRANTED

_____
Emmett G. Sullivan
United States District Judge