CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-cr-00206 (EGS) |
| *v*. : | |
| : | |
| HOUSTON QUILDON : | |
| : | |

___

**UNOPPOSED MOTION FOR CONTINUANCE**

The Defendant Houston Quildon (hereinafter "Quildon"), by and through the undersigned counsel and asks this Court to continue the status date now set for September 8, 2006, in support of this motion the defendant states as follows:

1.  On February 23, 2006, undersigned counsel entered their appearance as attorneys of record for Mr. Quildon.

2.  As this Honorable Court is aware, Mr. Quildon has been diagnosed with cancer. While housed at CTF, he began vomiting regularly and sought medical attention. Upon running a series of test, it was determined through a biopsy that he had cancer in and around his lungs.

3.  On or about July 11, 2006, Mr. Quildon was hospitalized at Howard University hospital and, after ten hours of surgery, he was transferred to the secure wing of Greater Southwest Hospital.

4.  During the surgery, the doctors realized, after the initial incision, the extent of the cancer. In an attempt to remove all the cancer, the doctors cut Mr. Quildon from the middle of his chest to his belly button and then around the right side to the middle of his back. His right lung collapsed. Additionally, he had a very high fever, (106 degrees), that would not come

down.  He was given penicillin.  Mr. Quildon is allergic to penicillin and broke out in a rash all over his body.  After stabilizing him, the doctors determined that they did not get all the cancer and another operation was scheduled.

5.  On August 4, 2006, Mr. Quildon had his second operation.  He has lost over 70 lbs and is a mere shell of his former self.  He has a tube connected to his stomach area that drains fluids from his body.  At the present time, the fluids are filled brownish puss.  According to the doctors, this fluid must be clear and Mr. Quildon is being treated to clear this fluid.

6.  Mr. Quildon's immune system is unstable and he has to be careful who enters his room and contacts his skin.  The doctors are planning another operation, however, no operation can be preformed until his immune system and body temperature are stabilized

7.  Undersigned Counsel for Mr. Quildon has directly spoken to Assistant U.S. Attorney Alex Shaw and is unopposed to this motion and continuing the status for another date sometime in the end of November of 2006.

8.  Undersigned Counsel respectfully request that Mr. Quildon not be brought to court on September 9, 2006 for the above stated health reasons.

Wherefore counsel for the Defendant, Houston Quildon, requests that this motion be granted.  A proposed Order is attached.

Respectfully submitted,

/s/ Harry Tun
Harry Tun DC#416262
400 Fifth Street, N.W., Suite 300
Washington, DC 20001
202-393-2882

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of September, 2006, a copy of the foregoing to be delivered by electronic e-mail to Alexander Shawe, Assistant United States Attorney, Narcotics Section, 555 Fourth Street, N.W., Washington, D.C. 20530.

                                                                                               /s/ Harry Tun
                                                                                               Harry Tun, Esquire