**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-cr-00206 (EGS) |
| *v*. : | |
| : | |
| HOUSTON QUILDON : | |
| : | |

_____

**ORDER**

WHEREUPON, having considered the Defendant's Motion to Continue, and there being no Government objection thereto, and the record before the Court, it is hereby

**ORDERED**, that the motion is GRANTED, and

**IT IS FURTHER ORDERED**, that the status date set for September 7, 2006 will be vacated and the new status date will be _____, 2006 at ____ a.m.

_____
**EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Harry Tun, Esq.
Counsel for Houston Quildon
400 Fifth Street, NW
Suite 300
Washington, DC  20001

Alexander Shawe, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530