CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-cr-00206 (EGS) |
| *v.* : | |
| : | |
| HOUSTON QUILDON : | |
| : | |

_____

### ORDER

Upon consideration of Defendant's Motion for Modification of Pretrial Detention and Incorporated Memorandum of Points and Authorities in Support Thereof, the record and any opposition thereto, it is this ____ day of _____, 2006, hereby

**ORDERED,** that this Motion is **GRANTED**; and it is further

**ORDERED**, that there will be a hearing on this matter on the _____ day of _____, 2006.

.

_____
**EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Harry Tun, Esq.
Counsel for Houston Quildon
400 Fifth Street, NW
Suite 300
Washington, DC  20001

Alexander Shawe, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530