

**WILTON O'R. NEDD, M.D.**
Cardiovascular/ Thoracic Surgeon
106 Irving St. N.W., Suite 204
Washington, DC 20010

Telephone: (202) 462-6479

11/02/06

Honorable Emmett Sullivan
3rd and Constitution Avenue
Washington, DC  20001

Re:  Mr. Houston Quildon

Dear Sir:

The above named person was seen and evaluated by me on 06/16/06. He was referred by a gastroenterologist who had seen him for his complaints of dysphagia and odynophagia.  She did an upper endoscopy with biopsy and that revealed that he had cancer of the lower esophagus.

Accordingly he underwent an esophagectomy with gastric pull through in the chest i.e. translocating the stomach from the abdomen to the chest, also he had a feeding jejunostomy for temporary feeding and a pyloroplasty on 07/12/06 @ HUH.

Later on because of the development of empyema (pus) in the right chest he underwent a flexible bronchoscopy, right thoracotomy and incision and drainage of an abscess in the right chest on 08/23/06.

As of this time he has no detectable evidence of cancer i.e.- no suggestion of tumor spread.

I hope this information would be helpful in your disposition of his case.

Sincerely,

Wilton Nedd, M.D.