UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-206-01 (EGS)** |
| | : | 05-206-02 (EGS) |
| v. | : | |
| | : | |
| **PATRICK PRITCHARD** | : | |
| | : | |
| AND | : | |
| | : | |
| **DENISE GREENE** | : | |
| **Defendants** | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Precious Murchison, telephone number (202) 307-6080 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Precious Murchison
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW   Room 4840
Washington, DC 20530
(202) 307-6080