All
,
Fax:

*January 24, 2007*
*Page 109*
Chart Document

## HOUSTON QUILDON
Male DOB:11/27/1963                232896                                :232896

Patient returned from Heme/Onc f/up at DCGH 12/22/06

- Despite attaching surgical pathology results to referral they were not conveyed to oncology.
- "This facility is not equipped to treat this patient. Depending on his state of disease he may need chemo/radiation."
- Recommendations: "Patient be referred to an institution where radiation/chemotherapy can be offered in the event he needs further treatment."
- "Continue MS Contin 30mg PO BID"
- "Ambien CR 6.25mg PO QHS for insomnia"

**Signed by David Antonetti - MD on 12/31/2006 at 3:03 PM**
**Signed by Brian Wells - PA on 01/01/2007 at 9:30 AM**

---

**12/29/2006 - Office Visit: SMU Note**
**Provider: Brian Wells - PA**
**Location of Care: Correctional Treatment Facility**

1. s/p Esophageal Adenocarcinoma
2. Esophagitis
3. Constipation secondary to chronic narcotic use
4. c/o Weight Loss
5. h/o inhomogenous prostate via CT

Patient interviewed at cellside in SMU today. Patient was extremely angry and confrontational at the onset of the conversation. Upon trying to discuss oncology recommendations the patient became dramatically hostile threatening and cursing this provider. After several attempts to understand why the patient was so immediately hostile he very angrily stated that "we are doing nothing ! - we are doing nothing for him". After several minutes and several attempts this interviewer again outlined the current plan for the patient, who, while verbalizing understanding clearly did not wish to listen to this interviewer. Our conversation ended with "you can't help me and I don't want to see you ever again."

MEDS:
Colace 100mg PO BID
Protonix 40mg PO QD
MS Contin 30mg PO BID
Tylenol 325 1-2 tabs PO Q6 breakthrough pain
Iron Sulfate 325mg PO QD

ALLERGIES: Ibuprofen, PCN

A/P-
1. s/p Partial Esophagectomy with Gastric Pullthrough for Adenocarcinoma
- Despite conveying surgical pathology, recent office notes, recent lab results, and recent CT scan results heme/onc at DCGH wishes to have patient referred to another facility for ongoing care. We will attempt to directly contact Dr. Akpan at DCGH regarding this decision - however, in the meantime we will schedule patient with another larger oncology center capable of providing additional treatments if necessary.
- Pain management recommendations from heme/onc suggest continuing MS Contin BID and adding Ambien for insomnia. As we do not carry Ambien on formulary will substitute with low dose benadryl QHS.