Case 1:05-cr-00206-EGS    Document 46-3    Filed 01/29/2007    Page 1 of 1

**All**

Fax:

*January 24, 2007*
Page 108
Chart Document

**HOUSTON QUILDON** : 232896
Male DOB:11/27/1963    232896

Nursing Sick Call

'Return to sick call if symptoms get worse, or if you think you are having a reaction to the medication such as rash, itching, swelling or nausea.'

pt on locked unit and require sc q 24hr. Voiced no complaints.

**Signed by Beatrice Minor - RN on 12/28/2006 at 10:38 AM**

---

**12/29/2006 - Nursing Note: sickcall**
**Provider: Beatrice Minor - RN**
**Location of Care: DC JAIL MMHS**

Nursing Sick Call

'Return to sick call if symptoms get worse, or if you think you are having a reaction to the medication such as rash, itching, swelling or nausea.'

pt on locked unit and requires sc q 24hr. voiced no complaints.

**Signed by Beatrice Minor - RN on 12/29/2006 at 11:36 AM**

---

**12/29/2006 - Consultation Report: Heme/Onc**
**Provider: Brian Wells - PA**
**Location of Care: Correctional Treatment Facility**