From: dorseylaw@aol.com
Subject: **Re: Houston Quildon**
Date: January 29, 2007 3:55:18 PM EST
To: dorseylaw@aol.com


Attached Message
From: Maria.Amato@dc.gov
To: Tunharry@aol.com
Subject: RE: Houston Quildon
Date: Fri, 26 Jan 2007 7:07 PM

We can do it and I spoke to Judge Sullivan so rest easy. Its Done.

-----Original Message-----
From:    Tunharry@aol.com [mailto:Tunharry@aol.com]
Sent:    Friday, January 26, 2007 04:12 PM Eastern Standard Time
To:      Amato, Maria (DOC)
Subject:         Houston Quildon

Dear Ms. Amato:

    I am affraid that I need your help and I hope you can answe to me before noon Monday. As you know Houston Quildon is in CTF and have cancer. The judge want to release him to halfway house and either I or another lawyer from my office to take him to private doctor to get him treated.

    Judge Sullivan wants to know whether he can craft an order such a way that Mr. quildon will be held at halfway house and only get release to custody of me or an attorney in my office who is Daniel K Dorsey to take him to Dr. appointments and hospital.

    Please let me know as soon as possible so that I cna put that in the filing on Monday noon

_____

Check out the new AOL. Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.

_____

Check out the new AOL. Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.