CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-cr-00206 (EGS) |
| *v.* : | |
| : | |
| HOUSTON QUILDON : | |
| : | |

_____

## ORDER

Upon consideration of Defendant's Motion for Modification of Pretrial Detention and Incorporated Memorandum of Points and Authorities in Support Thereof, the record and any opposition thereto, it is this ____ day of _____, 2007, hereby

**ORDERED,** that this Motion is **GRANTED**; and it is further

**ORDERED**, that the Defendant will be released to the third party custody of the Department of Corrections, for placement in a halfway house, and will be able to leave for doctor appointments and treatments with transportation provided by his attorneys, Harry Tun and Daniel K. Dorsey, as well as court hearings and legal visits to Mr. Tun's law office.
.

_____
**EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Harry Tun, Esq.
Counsel for Houston Quildon
400 Fifth Street, NW
Suite 300
Washington, DC 20001

Alexander Shawe, Esq.

Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530