UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-206 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **HOUSTON QUILDON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

WHEREUPON, having considered Defendant's Motion for Modification of Pretrial Detention , the government's Opposition thereto, and the record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the Defendant's Motion is DENIED.

Date:_____                    _____
                                         EMMET G. SULLIVAN
                                         UNITED STATES DISTRICT JUDGE

cc:

Precious Murchison
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Harry Tun, Esq.
400 Fifth Street, NW
Suite 300
Washington, DC 20001