**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-cr-00206 (EGS) |
| *v.* : | |
| : | |
| HOUSTON QUILDON : | |
| : | |

**DEFENDANT QUILDON'S NOTICE OF PROPOSED ORDER**

Defendant Houston Quildon (hereinafter "Quildon"), by and through undersigned counsel, respectfully submits the attached proposed Order as directed by this Honorable Court today, during a hearing on bond for Mr. Quildon.

Respectfully Submitted,

/s/ Harry Tun
Harry Tun DC#416262
400 Fifth Street, N.W., Suite 300
Washington, DC 20001
202-393-2882

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February 2007, a copy of the foregoing to be delivered by electronic e-mail to Precious Murchison, Assistant United States Attorney, Narcotics Section, 555 Fourth Street, N.W.,Washington, D.C. 20530.

/s/ Harry Tun
Harry Tun, Esquire