**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Criminal No. 05-cr-00206 (EGS) |
| *v.* | : | |
| | : | |
| HOUSTON QUILDON | : | |
| | : | |

_____

**ORDER**

Upon consideration of Defendant's Motion for Modification of Pretrial Detention and Incorporated Memorandum of Points and Authorities in Support Thereof, the record and any opposition thereto, it is this ____ day of _____, 2007, hereby

**ORDERED,** that this Motion is **DENIED**;

HOWEVER, it is further

**ORDERED**, that the Department of Correction will take Mr. Houston Quildon to the Oncologist Department of Howard University Hospital forthwith for the purpose of having Mr. Quildon examined for the any indication of a return esophageal cancer or any cancer related symptoms in his pancreas and liver which is now enlarged;

**IT IS FURTHER ORDERED**, that the District of Columbia General Hospital and District of Columbia Department of Correction shall forward surgical pathology, recent office notes, recent lab results and CT scan results to Howard University Oncologist Department;

**IT IS FURTHER ORDERED**, that the result of this oncologist consultation and

recommendations shall forward to this Court forthwith.

.

_____
**EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Harry Tun, Esq.
Counsel for Houston Quildon
400 Fifth Street, NW
Suite 300
Washington, DC  20001

Precious Murchison, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530