CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

**FILED**

FEB - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES : 
  : Criminal No. 05-cr-00206 (EGS)
v. :
  :
HOUSTON QUILDON :
  :

## ORDER

Upon consideration of Defendant's Motion for Modification of Pretrial Detention and Incorporated Memorandum of Points and Authorities in Support Thereof, the record and any opposition thereto, it is this 5th day of Feb, 2007, hereby

**ORDERED,** that this Motion is **DENIED**;

HOWEVER, it is further

**ORDERED,** that the Department of Correction will take Mr. Houston Quildon to the Oncologist Department of Howard University Hospital forthwith for the purpose of having Mr. Quildon examined for the any indication of a return of esophageal cancer or any cancer related symptoms in his pancreas and liver ~~which is now enlarged;~~

**IT IS FURTHER ORDERED,** that the District of Columbia General Hospital and District of Columbia Department of Correction shall forward surgical pathology, recent office notes, recent lab results and CT scan results to Howard University Oncologist Department;

IT IS FURTHER ORDERED, that the result of this oncologist consultation and recommendations shall forward to this Court forthwith.

```
                                    EMMET G. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE
```

Copies to:

Harry Tun, Esq.
Counsel for Houston Quildon
400 Fifth Street, NW
Suite 300
Washington, DC  20001

Precious Murchison, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530