UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) : | |
| v. | ) : | Crim. No. 05-206 (EGS) |
| HOUSTON QUILDON, | ) : | |
| Defendant. | ) : | |

### ORDER

Pursuant to the status hearing held on March 29, 2007, it is by the Court hereby

**ORDERED** that the United States Probation Office shall determine the criminal history for **Houston Quildon** by no later than **April 22, 2007**.

Signed:    Emmet G. Sullivan
           United States District Judge
           April 2, 2007