UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.               ) | Criminal No. 05-206 (EGS) |
| ) | |
| HOUSTON QUILDON    ) | |
| ) | |
| Defendant.     ) | |

FILED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

On June 13, 2007, the defendant pleaded guilty to Count 9 of the Indictment. Accordingly, it is hereby

**ORDERED** that the United States Probation Office shall prepare and file a pre-sentence report by no later than **August 13, 2007**; and it is

**FURTHER ORDERED** that the Government's memorandum of law, if any, shall be filed by no later than **September 13, 2007**; defendant's response and memorandum of law, if any, shall be filed by no later than **September 27, 2007**; the Government's reply, if any, shall be filed no later than **October 11, 2007**; and it is

**FURTHER ORDERED** that defendant shall be sentenced in Courtroom 24A, 4th Floor, on **November 7, 2007 at 12:00 p.m.**

**SO ORDERED.**

**Signed:  Emmet G. Sullivan**
         **United States District Judge**
         **June 14, 2007**