UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-206 (EGS)** |
| | : | |
| v | : | |
| | : | |
| **HOUSTON QUILDON** | : | |
| **DENISE GREEN** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney David P. Saybolt at telephone number (202) 307-6080 and/or email address david.saybolt@usdoj.gov.  Mr. Saybolt will substitute for Assistant United States Attorney Precious Murchison  as counsel for the United States.

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney

BY: _____
DAVID P. SAYBOLT
Assistant United States Attorney
Federal Major Crimes Section
VA Bar No 44518
555 4th Street, N.W.  #4840
Washington, DC 20530
(202) 307-6080; Fax: 353-9414