**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES                              :
                                          :          Criminal No. 05-cr-00206 (EGS)
  *v.*                                       :
                                          :
HOUSTON QUILDON                            :
                                          :

**ORDER**

    THIS CAUSE having come before the Court on the Motion for Continue Sentencing, and

that Motion having been considered by the Court, and for good cause shown, it is this _____

day of _____, 2006,

    ORDERED, that the Motion  for Continue Sentencing is hereby GRANTED,

    AND IT IS FURTHER ORDERED, that the Sentencing Hearing will be scheduled on

of                            , 2008, at                          .


_____
Emmet G. Sullivan
United States District Judge


cc:

    Harry Tun
    400 Fifth Street, N.W.
    Suite 300
    Washington, D.C. 20001


    David Savol
    Assistant United States Attorney
    Office of the United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20530