UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Criminal No. 05-cr-00206 (EGS) |
| *v.* | : | |
| | : | |
| HOUSTON QUILDON | : | |
| | : | |

**UNOPPOSED MOTION FOR CONTINUE SENTENCING**

The Defendant, Houston Quildon (hereinafter "Quildon"), by and through the undersigned counsel and asks this Court to continue the sentencing date now set for December 14th, 2007, at 12:30 p.m., until sometime in February, 2008. In support of this motion the defendant states as follows:

1. On November 29, 2007, undersigned counsel visited Central Treatment Facility to prepare Mr. Quildon for sentencing hearing and learned that he was sent to hospital.

2. On November 30th 2007, undersigned counsel was told by the D.C. Jail that he is being housed at the Greater South East Hospital. At the same day, undersigned counsel learned from Mr. Quildon's family that Mr Quildon was taken back to hospital to reset his jaw bones which were broken sometime in September.[1].

3. The last time Mr. Quildon's jaw was reset, his mouth was wired shut and Mr. Quildon had very difficult time communicating with his counsel. It will be very difficult for Mr. Quildon to communicate with the Court if he is sentence on December 14th 2007.

---

[1] Mr. Quildon's jaw bone ws broken by his cell mate who was mad at Mr. Quildon. Due to his illness and the fact that he lost so much weight, he was unable to defend himself.

4. Undersigned Counsel for Mr. Quildon has directly spoken to Assistant U.S. Attorney, David Savol and he is unopposed to this motion.

5. Mr. Quildon requests that his sentencing be continued for two months.

WHEREFORE counsel for Mr. Quildon, requests that this motion be granted. A proposed Order is attached.

    Respectfully submitted,

/s/ Harry Tun
Harry Tun DC#416262
400 Fifth Street, N.W., Suite 300
Washington, DC 20001
202-393-2882

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day December, 2007, a copy of the foregoing to be delivered by electronic e-mail to David Savol, Assistant United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530.

/s/ Harry Tun
Harry Tun, Esquire