## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : Case No.: CR-05-00206-01 |
| | : Honorable Emmet G. Sullivan |
| HOUSTON QUILDON | : Sentencing date: February 27, 2008 |

## CONSENT MOTION TO CONTINUE

**COMES NOW** the defendant, **HOUSTON QUILDON**, by and through undersigned counsel, and moves this Honorable Court to continue the sentencing date in the above captioned matter, presently set for February 27, 2008. Mr. Quildon, through counsel, states the following:

1. Mr. Quildon has been diagnosed with late-stage esophageal cancer and was recently hospitalized for an extended period of time. Later, he was again hospitalized when he was the victim of a violent attack, suffering a broken jaw.

2. Mr. Quildon has again been placed in the care of Howard University Hospital. Undersigned counsel has not been able to verify that Mr. Quildon's illness caused him to be in Howard University Hospital. As for February 1, 2008, it is undersigned counsel's understanding that his is still an inpatient at the hospital. On February 5th 2008, a member of Mr. Houson Quildon notified undersigned counsel that he has been moved to Greater Southeast Hospital.

3. Due to Mr. Quildon's illness, undersigned counsel has not been able to review the pre-sentence report and prepare adequately for his sentencing

Undersigned counsel has contacted the government regarding this continuance. The Assistant U.S. Attorney, David Saybolt, has no objections to this motion. Undersigned counsel also notified probation office who wrote the pre-sentence report.

WHEREFORE, for the reasons stated, the Defendant respectfully prays that this Court continue the sentencing date presently set for February 27, 2008.

Respectfully submitted,

_____/s/_____
Harry Tun, Esquire
Bar No. 416262
Law office of Harry Tun
400 Fifth Street, NW
Suite 300
Washington, DC 20001
Phone: (202) 393-2882
Fax:    (202) 783-5407
tunharry@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on 4th day February 2008, I will electronically file Consent Motion to Continueusing CM/ECF system, which will then send a notification of such filing to the following:

David Saybolt
Assistant U.S. Attorney
For District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

_____/s/_____
Harry Tun
Bar No. 416262
Law office of Harry Tun
400 Fifth Street, NW
Suite 300
Washington, DC 20001
Phone: (202) 393-2882
Fax:    (202) 783-5407
tunharry@aol.com