**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : Case No.: CR-05-00206-01 |
| | : |
| HOUSTON QUILDON | : |

**ORDER**

WHEREUPON, having considered the Defendant's Motion to Continue, it is hereby

**ORDERED**, that the motion is GRANTED.

Entered: _____

_____
Emmet G. Sullivan
United States District Judge