UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 05-206-01 (EGS) |
| v. : | |
| : | |
| HOUSTON QUILDON, : | |
| : | |
| Defendant. : | |

## UNITED STATES' MOTION TO DISMISS CASE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to dismiss the above-captioned case on the ground that, according to officials at the District of Columbia jail where defendant was incarcerated, defendant died on March 21, 2008.

WHEREFORE, the United States respectfully requests that the Court dismiss the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 489-610

BY:   ___/s/ David P. Saybolt_____
DAVID P. SAYBOLT
Assistant United States Attorney
Virginia Bar # 44518
U.S. Attorney's Office
555 Fourth Street NW, Room 4840
Washington, DC 20530
(202) 307-6080
David.Saybolt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 05-206-01 (EGS)** |
| **v.** : | |
| : | |
| **HOUSTON QUILDON,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon consideration of the United States' Motion to Dismiss Case, and the record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that the Government's Motion be Granted and the above-captioned case is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE