UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO. 05-206-01 (EGS) |
| v. | : | |
| | : | |
| **HOUSTON QUILDON,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FILED
APR - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the United States' Motion to Dismiss Case, and the record herein, it is this _7th_ day of _April_, 2008, hereby

ORDERED, that the Government's Motion be Granted and the above-captioned case is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE